IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Opal Angelo, | Docket 3:17-cv-01138-JMM |
| Plaintiff, | (JUDGE JAMES M. MUNLEY) |
| v. | |
| Stellar Recovery, Inc., | FILED ELECTRONICALLY |
| Defendant. | |

## ORDER

Upon consideration of Plaintiff's Motion to Reopen the Case, Enforce the Settlement Agreement, and Award Attorney's Fees, it is hereby ordered that the motion is GRANTED. This matter is reopened. Defendant shall pay Plaintiff $4,950.00 within seven days. Plaintiff shall also recover the reasonable costs and attorney's fees that she incurred in pursuing this motion. If the parties are unable to agree on the amount of costs and attorney's fees to which Plaintiff is entitled, Plaintiff may file a fee application within 30 days of the date of this order.

Date:_____          _____
                                James M. Munley
                                United States District Judge